# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 2 9 2011

Clerk, U.S. District and
Bankruptcy Courts

Julie Gaskins
_____
                    Plaintiff

                vs.                         Civil Action No. 1.08-CV-01576

Williams & Connolly
_____
                    Defendant

# NOTICE OF APPEAL

Notice is hereby given this  28th        day of   April                    , 20 11    , that

Julie A. Gaskins

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   31st          day of  March                  , 20 11

in  favor of   Defendant, Williams & Connolly

against said   Plaintiff, Julie A. Gaskins

_____  pro se
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**        Please mail copies of the above Notice of Appeal to the following at the addresses
                 indicated:

Barbara Brown, Esq.
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005

Received
Mail Room

APR 2 9 2011